**Order filed August 5, 2021**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-21-00365-CV
_____

### JAROD DOUET AND JASALYN MOSBEY-DOUET, Appellant

### V.

### PAPILLON ROMERO, AND BOBBY SULLIVAN, Appellees

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-38090**

## ORDER

This appeal is related to two appeals previously filed in this court: No. 14-20-00632-CV, *Jared Douet and Jasalyn Mosbey-Douet v. Papillon Romero, Dustin Fergosn d/b/a AACE Inspections, and URE Houston, LLC*; and No. 14-21-00103-CV, *Jared Douet and Jasalyn Mosbey-Douet v. Papillon Romero, Bobby Sullivan, and United Realty Advisors.* Appellant has filed a motion requesting the record from the previous appeals be transferred into this appeal.

The motion is granted. The clerk of this court is directed to file a copy of the appellate record in appeal number 14-20-00632-CV and 14-21-00103-CV into this appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.